**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-6629**

_____

UNITED STATES OF AMERICA,

                 Plaintiff - Appellee,

        v.

CHENOMUSA N-JIE,

                 Defendant - Appellant.

_____

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.  Frederick P. Stamp,
Jr., Senior District Judge.  (5:05-cr-00064-FPS-JES-2)

_____

Submitted:  November 10, 2010          Decided:  December 8, 2010

_____

Before DUNCAN and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Chenomusa N-Jie, Appellant Pro Se.  Randolph John Bernard,
Assistant United States Attorney, Wheeling, West Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chenomusa N-Jie appeals the district court's order accepting the recommendation of the magistrate judge and denying his Motion for Extension of Time to file a 28 U.S.C.A. § 2255 (West Supp. 2010) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. N-Jie, No. 5:05-cr-00064-FPS-JES-2 (N.D. W. Va. Apr. 13, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED